IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00548-MSK-MEH

JESSICA WILSON,

    Plaintiff,

v.

BUREAU OF COLLECTION RECOVERY, LLC, a Minnesota limited liability company,

    Defendant.

## STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER

COMES NOW the Plaintiff and the Defendant by and through their undersigned counsel of record and for their Stipulated Motion for Entry of Protective Order, state and allege as follows: Pursuant to stipulation of the parties and in accordance with the provisions of Fed.R.Civ.P. 26(c),

1.    In an effort to facilitate the exchange of confidential documents and/or item(s) through disclosure(s) and formal discovery, the parties hereby tender a Proposed Protective Order to the Court.

2.    The Parties submit that good cause exists for the issuance of a Protective Order with respect to document(s) and/or item(s) the parties assert are confidential.

3.    A copy of the Proposed Protective Order together with its attached Exhibit 1 is attached hereto.

WHEREFORE, the parties respectfully request that this Court enter the attached proposed Protective Order as an Order of this Court.

Respectfully Submitted,

s/ David M. Larson                                    s/ Steven J. Wienczkowski
_____                     _____
David M. Larson, Esq.                                Steve, J. Wienczkowski, Esq.
88 Inverness Circle East, Suite I-101        Adam L. Plotkin, PC
Englewood, Colorado 80112                    621 17th Street, Suite 1800
Telephone: (303) 799-6895                      Denver, CO 80293
Attorney for the Plaintiff                            Telephone: (303) 296-3566
                                                                  Attorney(s) for the Defendant

2