IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00548-MSK-MEH

JESSICA WILSON,

    Plaintiff,

v.

BUREAU OF COLLECTION RECOVERY, LLC, a Minnesota limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 4, 2013.**

    The Stipulated Motion for Entry of Protective Order [filed May 28, 2013; docket #9] is **granted** as follows.  Paragraph 12 of the proposed protective order is modified to include the words "during the litigation" to subparagraph (a).  In all other respects, the proposed order is accepted and a modified order is issued contemporaneously with this minute order.